# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2220.  EUNICE CLEMENT v. NATIONAL CITY REAL ESTATE.**

This case commenced as a dispossessory matter in state court.  The plaintiff, National City Real Estate, filed a motion to draw down funds paid into the registry of the court, which the trial court granted on March 19, 2013.  Defendant Eunice Clement filed a "Motion to Reject and Overturn Plaintiff's Request to Draw Down Funds," which the trial court denied.  Clement filed a direct appeal from this ruling. We lack jurisdiction.

The record shows that the dispossessory matter remains pending in the trial court.[1]  Because the trial court's order was not final, Clement was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review at this juncture. See *Pace Constr. Corp. v. Northpark Assoc.,* 215 Ga. App. 438, 439 (450 SE2d 828) (1994).

For this reason, we lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] The record contains no final ruling on the dispossessory matter, and the parties apparently agreed to a stay of eviction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/05/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen                    *, Clerk.*